UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>ROBERTO DE LA CUEVA-DE REZA,<br><br>       Defendant. | No.  MJ 16-70347<br><br>ORDER OF DISMISSAL |

Leave is granted to the government to dismiss the complaint.  The complaint is hereby ordered dismissed without prejudice.

Dated:   4/19/2016

PAUL S. GREWAL
United States Magistrate Judge

ORDER OF DISMISSAL
MJ 16-70347 MAG